UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE LAVETTE MARKS,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   **JUDGMENT** |
| | )<br>)   No. 5:19-CV-103-FL |
| CARY HOTELS/CAMBRIA and<br>KAYLA BLAIR<br>      Defendants. | )<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of plaintiff's status regarding service on defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered August 12, 2019 and October 24, 2019, that this case is dismissed WITHOUT PREJUDICE for failure to obtain service of the complaint upon defendants.

**This Judgment Filed and Entered on October 24, 2019, and Copies To:**
Stephanie Lavette Marks (Via US Mail) 933 Pony Club Circle, Cary, NC 27519

October 24, 2019                    PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk