UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEPHANIE LAVETTE MARKS )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:19-CV-103-FL
CARY HOTELS/CAMBRIA )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of plaintiff's status regarding filing of amended pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 2, 2020, and for the reasons set forth more specifically therein, that this case is dismissed for plaintiff's failure to amend her complaint.

**This Judgment Filed and Entered on January 29, 2020, and Copies To:**
Stephanie Lavette Marks (Via US Mail) 933 Pony Club Circle, Cary, NC 27519
Kevin V. Parsons  (via CM/ECF Notice of Electronic Filing)

January 29, 2020        PETER A. MOORE, JR., CLERK

          /s/ Sandra K. Collins
        (By) Sandra K. Collins, Deputy Clerk